■ In the Matter of JEROME O. GLUCKSMAN.—Motion to vacate and

annul disbarment order and for reinstatement denied. Concur—Kupferman, J. P., Markewich, Lupiano and Silverman, JJ.